UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marcus Mable,

                Plaintiff,

    v.

Jamal Quereshi,

                Defendant.

Civil No. 12-2895 (JNE/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have

been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and

all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation are **ADOPTED**;

    2.    Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

    3.    This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 9, 2013          s/Joan N. Ericksen
                                    JOAN N. ERICKSEN
                                    United States District Judge